THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-254-JLR |
| Plaintiff, | ) | |
| v. | ) | ERRATA RE: SENTENCING MEMORANDUM (DKT. 37) |
| ONOMEN UDUEBOR, | ) | |
| Defendant. | ) | |

Counsel for Onomen Onohi (Uduebor) submits this Errata to amend the Sentencing Memorandum filed on June 23, 2025 (Dkt. 37). Counsel wishes to correct the following paragraph regarding the parties' respective sentencing recommendations:

> The defense asks the Court for a modest variance of eight months, the government requests a mid-range sentence, and Probation has recommended a slightly below-Guidelines sentence.

Dkt. 37 at 4, lns. 1–3. This paragraph should be corrected to state:

> The parties all request the Court impose a sentence within or near the Guidelines that apply to Count 1, though the specific request differs. The defense asks the Court for a modest variance of nine months, the government requests a mid-range sentence, and Probation has recommended a slightly below-Guidelines sentence.

All other information in the Sentencing Memorandum remains the same.

ERRATA RE: SENTENCING MEMORANDUM
(DKT. 37)
(*United States v. Uduebor*, CR19-254-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

DATED this 24th day of June 2025.

Respectfully submitted,

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Onomen Uduebor (Onohi)

ERRATA RE: SENTENCING MEMORANDUM
(DKT. 37)
(*United States v. Uduebor*, CR19-254-JLR) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**